FAXTON E. GARDNER, Respondent, *v.* CENTRAL PARK, NORTH AND EAST RIVER RAILROAD COMPANY, Appellant.

*Gardner* v. *Central Park, N. & E. R. R. R. Co.*, 168 App. Div. 912, affirmed.

(Submitted June 16, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. It was alleged that while the plaintiff was standing on the platform of one of defendant's cars waiting for it to stop, the motorman put on power, the car suddenly shot forward with a violent jerk and the plaintiff was thrown from the car, receiving the injuries complained of; that the motorman knew at that time that the plaintiff had come upon the platform with the intention of getting off.

*Chase Mellen* and *Martin Taylor* for appellant.

*David J. Gallert* and *Walter S. Heilborn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.